**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

    Plaintiff,

v.

JOHN G. ROBERTS, et al.,

    Defendants.

No. C 14-80029 JSW

**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT**

The Court is under the obligation to pre-review the complaint filed by Kuang-Bao P. Ou-Young on February 3, 2014. On December 20, 2013, in *Ou-Young v. Roberts, et al.*, C 13-4442 EMC, Plaintiff was declared a vexatious litigant. Therefore, before filing any more actions of a similar nature, Plaintiff must seek leave of court. The allegations in Ou-Young's complaint filed on February 3, 2014 again fail to state a claim that is cognizable. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: July 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE